UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JANET BARKER,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01385-JDP<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 35 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 35 additional days to respond to Plaintiff's opening brief. The current due date is July 27, 2020. The new due date will be August 31, 2020.

This is Defendant's first request for an extension of time for briefing and the first request in this case overall. There is good cause for this request and not intended to delay. Since the filing of Plaintiff's opening brief, Defendant's counsel has diligently worked on various district court cases, including court oral arguments, and other substantive non-court matters, some of which required more time to complete than anticipated. Defendant requires additional time to review the record in this case to properly evaluate the issues raised in Plaintiff's opening brief, to consider settlement options, and if not settling, to prepare Defendant's response to Plaintiff's brief.

Thus, Defendant is respectfully requesting additional time up to and including August 31, 2020, to respond to Plaintiff's opening brief. Defendant apologizes for the further delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                   Respectfully submitted,

Date: July 23, 2020                  LAW OFFICES OF LAWRENCE D. ROHLFING

                                          *s/ Young C. Cho by C.Chen\**
                                          (As authorized by email on 7/23/2020)
                                          YOUNG C. CHO
                                          Attorney for Plaintiff

Date: July 23, 2020                  MCGREGOR W. SCOTT
                                          United States Attorney

                                          By *s/ Carolyn B. Chen*
                                          CAROLYN B. CHEN
                                          Special Assistant U. S. Attorney

                                          Attorneys for Defendant

**ORDER**

The parties' requested extension for defendant to file a responsive brief is approved as stipulated.  ECF No. 13.

IT IS SO ORDERED.

Dated:   July 27, 2020                              _____
                                                                        UNITED STATES MAGISTRATE JUDGE

No. 204.