1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET LYNN BARKER,<br><br>    Plaintiff,<br><br>v.<br><br>COMMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:19-cv-01385-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. No.  24) |

    Pending before the Court is Plaintiff's motion for attorney fees filed November 10, 2021. (Doc. No. 24).  Plaintiff seeks attorney's fees in the amount of $4,300.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 and $400.00 in costs under 28 U.S.C. § 1920.  (*Id*.).

    On September 29, 2021, this Court entered judgment, pursuant to sentence four of 42 U.S.C.§ 405(g), reversing the Commissioner of Social security's decision and remanding this case back to the Commissioner for further proceedings.  (Doc. No. 21).  The Clerk entered judgment in favor of Plaintiff the same day.  (Doc. No. 22).  Plaintiff, the prevailing party, now requests an award of fees and costs.  *See* 28 U.S.C. § 2412(a) & (d)(1)(A); Fed. R. Civ. P. 54(d)(1); *see* 28 U.S.C. § 1920; *cf. Shalala v. Schaefer*, 509 U.S. 292, 300-02 (1993) (concluding that a party who wins a sentence-four remand order under 42 U.S.C. § 405(g) is a prevailing party).

    The Commissioner stipulates to the requested relief.  (Doc. No. 23 at 1).  Before issuing

the award of EAJA fees and costs, the United States Department of the Treasury will determine whether Plaintiff owes a debt to the government. (*Id.* at 3). If Plaintiff has no discernable federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay the fees directly to Plaintiff's counsel, Young Cho. (*Id.* at 2).

Accordingly, it is **ORDERED:**

1. Plaintiff's motion for attorney's fees (Doc. No. 24) is **GRANTED**.

2. Plaintiff is awarded fees and costs in the total amount of $4,700.00 (four thousand seven hundred dollars). Unless the Department of Treasury determines Plaintiff owes a federal debt, the government must pay the fees to Plaintiff's counsel in accordance with Plaintiff's assignment of fees and subject to the terms of the stipulated motion.

Dated:     November 12, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE